UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PATRICIA REED for
LONNIE K. REED, deceased,

                              Plaintiff,

      v.

JOANNE BARNHART,
Commissioner of Social Security

                              Defendant.

No. CV05-1207-PK

OPINION AND ORDER

**MOSMAN, J.,**

      On August 15, 2006, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#21) in the above-captioned case recommending the Commissioner's decision be AFFIRMED and the case DISMISSED. Plaintiff filed objections to the F&R on August 23, 2006 (#22). No response to the objections was filed.

      The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United*

PAGE 1 - OPINION AND ORDER

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review, I agree with Judge Papak's recommendation to AFFIRM the Commissioner's decision and DISMISS the case, and I ADOPT the F&R as my own opinion. IT IS SO ORDERED.

DATED this  21st  day of December, 2006.

                    /s/ Michael W. Mosman
                    MICHAEL W. MOSMAN
                    United States District Court

PAGE 2 - OPINION AND ORDER